IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
SIXTH DIVISION

| | |
|---|---|
| **Rose Mary Delgado**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 07-cv-2186(RHK/RLE) |
| ) | |
| vs. ) | |
| ) | |
| **Rodney Hajicek**, Badge No.: 556, ) | |
| a detective and police officer employed by the ) | |
| East Grand Forks Police Department, ) | |
| in both his individual and official capacities; ) | |
| **John Does Nos. One through Six**, six ) | |
| police officers employed by the East Grand ) | |
| Forks Police Department, in both their ) | |
| individual and official capacities, and ) | |
| **Corner Express/EGF, L.L.C.**, ) | |
| a Minnesota limited liability company, ) | |
| d/b/a "East Grand Station", ) | |
| ) | |
| Defendants. ) | |

_____

**ORDER GRANTING SPECIAL PERMISSION
FOR APPEARANCE OF COUNSEL**
_____

Pursuant to Local Rule 83.5(a), attorney David C. Thompson is hereby granted special permission to appear in this matter on behalf of plaintiff Rose Mary Delgado, although said attorney is not a member of the bar of this District, and although said attorney has not been granted *pro hac vice* status pursuant to Local Rule 83.5(d).

This special permission for the appearance of counsel in the instant case is granted upon the condition that attorney David C. Thompson associate with attorney DeWayne A. Johnston, regularly-admitted District of Minnesota counsel of record herein, in that manner contemplated by Local Rule 83.5(d).

Dated this  27th  day of  September , 2007.


BY THE COURT


s/Richard H. Kyle
Richard H. Kyle
Senior United States District Judge
District of Minnesota