## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Rose Mary Delgado,                                       Civil No. 07-2186 (RHK/RLE)

      Plaintiff,

v.                                                      **ORDER**

Rodney Hajicek, et al.,

      Defendants.

---

Pursuant to Plaintiff's Motion for an Order Dismissing Defendant Corner Express/EGF, L.L.C. and the Supporting Stipulation, **IT IS ORDERED** that Defendant Corner Express/EGF, L.L.C. is hereby **DISMISSED WITH PREJUDICE**.

Dated: October 11, 2007

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge