**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

Rose Mary Delgado,                              Civil No. 07-2186 (RHK/RLE)

      Plaintiff,

v.                                                                    **ORDER**

Rodney Hajicek, et al.,

      Defendants.

_____

      Defendant's Motion for Summary Judgment (Doc. No. 18) and Plaintiff's Motion to Amend Complaint (Doc. No. 31) will be heard in Fergus Falls, Minnesota, at 11:00 a.m., Thursday, May 8, 2008; Defendants shall serve and file their Response to the Motion to Amend no later than Tuesday, May 6, 2008.

      Plaintiff's Motion to Strike (Doc. No. 23) is **DENIED** as moot.

Dated:   May 1, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge