**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

Rose Mary Delgado,                                                    Civil No. 07-2186 (RHK/RLE)

      Plaintiff,

v.                                                                                              **ORDER**

Rodney Hajicek, et al.,

      Defendants.
_____

Having reviewed the submissions of the parties with respect to the two Motions scheduled for hearing in Fergus Falls on May 8, 2008, the Court has concluded that oral argument will not materially assist it in resolving these matters.  Accordingly, the May 8, 2008, hearing is **CANCELED** and the Motions will be deemed submitted as of May 8 upon the written record.  Any remaining briefs shall be submitted in accordance with the schedules previously established.

Dated:   May 5, 2008

                                                                                         s/Richard H. Kyle
                                                                                          RICHARD H. KYLE
                                                                                          United States District Judge